**T. J. BUCKLAN v. STATE.**
No. 15901.

Court of Criminal Appeals of Texas.
March 8, 1933.

Frank Morris and J. J. Newman, both of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for a period of fifteen years. The appellant's conviction

is cumulative of the sentence under which he is already confined.

There is no statement of facts. No irregularity in the procedure has been perceived. There are some exceptions to the charge of the court, but they cannot be appraised, in the absence of the facts that were before the jury.

The judgment is affirmed.